# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER CANCELLING** |
| Plaintiff, ) | **PRELIMINARY HEARING** |
| ) | |
| vs. ) | |
| ) | |
| Qixing Che, ) | |
| ) | Case No. 4:15-mj-015 |
| Defendant. ) | |

Defendant Qixing Che's preliminary hearing is set for February 17, 2015 at 9:00 a.m. Chambers has been advised that as of this time, defendant's counsel has been unable to meet with defendant to discuss whether defendant wishes to proceed with a preliminary hearing and detention hearing or to waive those hearings. Defense counsel's delay in meeting with defendant is the result of difficulties associated with arranging for an interpreter to be present at the client meeting.

Chambers has further been advised that counsel will not be prepared to proceed with the preliminary hearing as scheduled and that either a motion to continue the hearing or a waiver of defendant's right to a preliminary hearing will be filed. In anticipation of the filing of a motion to continue or a waiver of the preliminary hearing and to avoid confusion regarding whether defendant needs to be transported for a hearing following the long weekend, defendant's preliminary hearing set for February 17, 2015 at 9:00 a.m. is **CANCELLED** and will be reset before Judge Senechal at a later date if necessary.

Dated this 13th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court